MICHAEL J. McCUE (Nevada Bar No. 6055)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
(702) 949-8200 tel
(702) 949-8398 fax

JENNIFER K. CRAFT (Nevada Bar No. 8038)
GORDON SILVER
3980 Howard Hughes Parkway, Suite 900
Las Vegas, Nevada  89169
(702) 796-5555  tel
(702) 369-2666 fax

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MINE O'MINE, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL D. CALMESE, an individual; TRUE FAN LOGO, INC., a business of unknown origin;<br>Defendants. | Case No. 2:10-cv-00043-KJD-PAL<br><br>ORDER ENTERING FINAL JUDGMENT |

Presently before the Court is Plaintiff's Motion For Judgment Under Fed. R. Civ. P. 54(B) And Conditional Motion For Dismissal Of Remaining Claims.  On July 12, 2011, the Court entered summary judgment in favor of Plaintiff Mine O'Mine, Inc. ("MOM") on: (1) its claims for trademark infringement (Claim I) and unfair competition (Claims II and V); and (2) Defendant Michael Calmese's and True Fan Logo, Inc.'s counterclaims for trademark infringement, unfair competition and defamation. (Docket #66).  In addition, the Court entered summary judgment in favor of Defendants on MOM's right of publicity claim (Count VI). (Docket #66)  The sole remaining claims are MOM's claims for cybersquatting (Count IV) and trademark dilution (Count V). (Docket #1).

Finding that there is no just reason for delaying entry of final judgment on the claims

decided on summary judgment, the Court hereby grants Plaintiff's motion and orders as follows:

        A.     Judgment shall be entered in favor of MOM and against Defendants Michael Calmese and True Fan Logo, Inc. on MOM's claims for trademark infringement (Count I) and unfair competition (Count II and IV) and on all of the Defendants' counterclaims.

        B.     Judgment shall be entered in favor of Defendants on MOM's claim for violation of the right of publicity (Count VI).

        C.     Based on MOM's prevailing on its claims for trademark infringement and unfair competition, the Court hereby permanently enjoins Defendants and their respective officers, agents, servants, employees and/or all persons acting in concert or participation with them from using the SHAQTUS mark, <shaqtus.com> domain name, <shaqtus.net> domain name, and any other marks or domain names confusingly similar to any of the SHAQ Marks, as defined in the Complaint, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any goods or services.  The Court further orders that the current domain name registrar or registry transfer the <shaqtus.net> domain name registration to MOM.

        D.     The Court hereby dismisses MOM's claims for cybersquatting (Count IV) and trademark dilution (Count V) and its request for monetary relief on all claims.

IT IS SO ORDERED.

_____
Kent J. Dawson
United States District Judge

Dated this 21 day of October, 2011

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109